UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TERELL BRIDGES, *as Administrator Ad Prosequendum of the Estate of* HANNIS M. BRIDGES,

Plaintiff,

-against-

THE UNITED STATES OF AMERICA,

Defendant.
-----------------------------------------------------------x

**ORDER**

26 Civ. 5199 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This matter has been referred to the undersigned for general pretrial supervision. ECF No. 15. Based on the allegations in the Complaint, as well as the administrative claim attached thereto, it appears that Plaintiff is a resident of New Jersey, ECF No. 1 ¶ 12 & Ex. 1; Plaintiff's decedent was a resident of New Jersey, *id.* ¶ 13; and all the acts and omissions alleged in this action occurred at the James J. Peters VA Medical Center in the Bronx, *id.* ¶¶ 1, 3, 5, 14, 17-20, 72-73 & Ex. 1.

Rule 18(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, governs the assignment of civil cases between the White Plains and Manhattan courthouses of this District. Based on the allegations in the Complaint, it appears as though the claims at issue here arose in whole in the Bronx, *i.e.*, not in the Northern Counties of this District. It also does not appear as though the one individual party resides in the Northern Counties. While one doctor whose conduct is at issue in this matter may be a resident of the Northern Counties, *see* No. 25-cv-7923 (KMK), ECF No. 1-1, that individual is no longer a party, and the Complaint contains allegations regarding six other doctors, all of whom are listed

as working at the same VA medical center in the Bronx, *see* ECF No. 1 ¶¶ 1, 20, 28-69, without any apparent connection to the Northern Counties.

By July 14, 2026, Plaintiff's counsel must submit a letter to explain why this case should remain assigned to the White Plains courthouse, or should explain instead that the case should be transferred to Manhattan, in accordance with Rule 18(a)(3) of the Rules for the Division of Business.

Dated: July 7, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge